# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December, two thousand and thirteen.

Before:
    José A. Cabranes,
        *Circuit Judge*.

_____

United States of America,

Appellee,

v.

Alberto Vilar and Gary Alan Tanaka,

Defendants-Appellants.

_____

**ORDER**
Docket Nos. 10-521(L)
            10-580(con)
            10-4639(con)

The Appellants move for permission to file a reply in support of their petitions for rehearing or rehearing *en banc*.

IT IS HEREBY ORDERED that the motion for permission to file a reply is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

